### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE C. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-700-SLP |
| ) | |
| CLEVELAND COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, which was entered on November 7, 2024 [Doc. No. 11]. Judge Erwin recommends dismissal of this matter because Plaintiff has failed to comply with the Court's order to cure deficiencies in his application to proceed in forma pauperis. Plaintiff had until November 25, 2024 to object to the R. & R. No objection has been filed, nor has an extension of time in which to object been sought or granted. Upon review, the Court concurs with Judge Erwin's analysis.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 11] is ADOPTED in its entirety. This matter is DISMISSED without prejudice due to Plaintiff's failure to comply with the Court's orders. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 3rd day of December, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE